Samuel A. Schwartz, Esq.  
Nevada Bar No. 10985  
Kimberly R. McGhee, Esq.  
Nevada Bar No. 9728  
The Schwartz Law Firm, Inc.  
6623 Las Vegas Blvd. South, Suite 300  
Las Vegas, Nevada 89119  
Telephone: (702) 385-5544  
Facsimile: (702) 385-2741  

E-Filed: October 23, 2012

Proposed Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>Prestige Travel, Inc.,<br><br>                 Debtor.<br>_____ | ) CASE NO.: 12-21951-BAM<br>)<br>) Chapter 11<br>)<br>) Hearing Date: October 29, 2012<br>) Hearing Time: 9:30 a.m.<br>) |

**EX PARTE MOTION FOR ORDER SHORTENING TIME FOR  
HEARING ON THE DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER  
AUTHORIZING THE DEBTOR TO EMPLOY AND RETAIN KURTZMAN CARSON  
CONSULTANTS, LLC AS NOTICE, CLAIMS AND SOLICITATION AGENT**

     Prestige Travel, Inc., the debtor in the above captioned matter (the "**Debtor**"), hereby moves this Court (the "**Motion**"), in accordance with Rule 9006 of the Federal Rules of Bankruptcy Procedure, for a hearing on shortened time for the Debtor's Application for Entry of an Order Authorizing the Debtor to Employ and Retain Kurtzman Carson Consultants, LLC as Notice, Claims and Solicitation Agent.

     This motion is made and based upon the Debtor's Application for Entry of an Order

///

///

///

Authorizing the Debtor to Employ and Retain Kurtzman Carson Consultants, LLC as Notice, Claims and Solicitation Agent filed on October 23, 2012, in this case and exhibits attached hereto.

Dated: October 23, 2012

<u>/s/ Samuel A. Schwartz, Esq.</u>
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Kimberly R. McGhee, Esq.
Nevada Bar No. 9728
Schwartz Law Firm, Inc.
6623 Las Vegas Boulevard South, Suite 300
Las Vegas, NV 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor