# Exhibit 1

Samuel A. Schwartz, Esq.                              E-FILED: October 23, 2012
Nevada Bar No. 10985
Kimberly R. McGhee, Esq.
Nevada Bar No. 9728
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South,
Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| In re: | ) CASE NO.: 12-21951-BAM |
|  | ) |
| Prestige Travel, Inc., | ) Chapter 11 |
|  | ) |
| Debtor. | ) Hearing Date:  October 29, 2012 |
| _____ | ) Hearing Time: 9:30 a.m. |
|  | ) |

## DECLARATION OF KIMBERLY R. MCGHEE, ESQ.

STATE OF NEVADA          )
                         ) ss.
COUNTY OF CLARK          )

KIMBERLY R. MCGHEE, being duly sworn, deposes and says:

1.      I, Kimberly R. McGhee, am an attorney duly licensed to practice law in the State

of Nevada.  I make this affidavit based on my own personal knowledge except as to those

matters stated upon information and belief, and as to those matters, I believe them to be true.

2.      I am the retained counsel for Prestige Travel, Inc., the debtor in the above-

referenced matter (the "**Debto**r").  I submit this affidavit in support of the Debtor's Ex Parte

Motion for an Order Shortening Time, to which this affidavit is attached as **Exhibit 1**.

Page 1 of 2

3.     The Debtor filed its Application for the Entry of an Order Authorizing the Debtor to Employ and Retain Kurtzman Carson Consultants, LLC as Notice, Claims and Solicitation Agent (the "**Motion**") on October 23, 2012.

4.     An order shortening time is appropriate here in order for the Court to consider the Debtor's Motion as the Debtor needs court authority as soon as possible in order to properly serve all pleadings upon interested parties.  Considering that there are over 700 creditors, a servicing agent is necessary.  Without such, the Debtor will not be able to efficiently provide notice to interested parties.

5.     Based upon the foregoing, it is respectfully submitted, that good cause exists for granting an order shortening time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated October 23, 2012.

                        /s/Kimberly R. McGhee, Esq.
                        Kimberly R. McGhee, Esq.