Samuel A. Schwartz, Esq.  
Nevada Bar No. 10985  
Bryan A. Lindsey, Esq.  
Nevada Bar No. 10662  
The Schwartz Law Firm, Inc.  
6623 Las Vegas Blvd. South,  
Suite 300  
Las Vegas, Nevada 89119  
Telephone: (702) 385-5544  
Facsimile: (702) 385-2741  
Proposed Attorneys for the Debtor  

E-FILED: October 23, 2012

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No.: 12-21951-BAM |
| | ) |
| Prestige Travel, Inc., | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| _____ | ) |

**ATTORNEY INFORMATION SHEET**
**FOR PROPOSED ORDER SHORTENING TIME**

As required by the Court, this Attorney Information Sheet has been prepared regarding the proposed Order Shortening Time for the Debtor's Motion under sections 363, 364, 1107 and 1108 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (a) authorizing the Debtor to (i) maintain existing bank accounts, (ii) continue to use its existing business forms, (iii) continue to use its existing cash management system, and (iv) continue using existing investment practices; and (b) granting superpriority status to postpetition intercompany claims (the "**Motion**"), filed on October 23, 2012, in this case.

/ / /

/ / /

/ / /

No creditors were contacted because the Debtor is unaware of counsel for any of its creditors at this time.

Dated this 23rd day of October, 2012.

Respectfully Submitted,

/s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor