Samuel A. Schwartz, Esq.  
Nevada Bar No. 10985  
Bryan A. Lindsey, Esq.  
Nevada Bar No. 10662  
The Schwartz Law Firm, Inc.  
6623 Las Vegas Blvd. South, Suite 300  
Las Vegas, Nevada 89119  
Telephone: (702) 385-5544  
Facsimile: (702) 385-2741  
Proposed Attorneys for the Debtor  

E-FILED: October 24, 2012

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | Case No. 12-21951-BAM |
| ) | Chapter 11 |
| Prestige Travel, Inc., ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |

**ATTORNEY INFORMATION SHEET**
**FOR PROPOSED ORDER SHORTENING TIME**

As required by the Court, this Attorney Information Sheet has been prepared regarding the proposed Order Shortening Time for the Debtor's Motion for the entry of an order authorizing, but not directing, the Debtor to (a) pay certain prepetition wages, salaries and other compensation, taxes, withholdings, and reimbursable expenses, (b) pay and honor obligations relating to medical and other benefits programs, and (c) continue its employee benefit programs on a postpetition basis (the "**Motion**"), filed on October 23, 2012, in this case.

/ / /

/ / /

/ / /

/ / /

No creditors were contacted because the Debtor is unaware of counsel for any of its creditors at this time.

Dated this 24th day of October, 2012.

Respectfully Submitted,

/s/ Samuel A. Schwartz
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor